AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 27 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-16-1213-M |
| LECHUGA, Miguel<br>YOB: 1993<br>United States Citizen | ) ) ) ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/26/2016__ in the county of __Hidalgo__ in the Southern District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Knowingly and intentionally possess, with intent to distribute approximately 112.36 kilograms of marijuana, a Schedule I Controlled Substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

Approved by AUSA Paxton
MMP

☑ Continued on the attached sheet.

_____
Complainant's signature

Erik Lambel, Special Agent, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/27/2016  8:14am

_____
Judge's signature

City and state: McAllen, Texas

Peter Ormsby, U.S. Magistrate Judge
Printed name and title

Attachment A

On June 26, 2016, United States Border Patrol (USBP) Agent Elde Garcia, in an unmarked Border Patrol unit, was observing vehicle traffic at the intersection of Stewart Road and Doffin Road in Alamo, Texas when he observed a white sedan drive south towards the levee. At approximately 3:30 P.M., Agent Garcia observed the sedan turn north onto Stewart Road traveling at a high rate of speed. Agent Garcia proceeded south on Stewart Road towards the vehicle and observed the driver and multiple bundles in the back seat while passing by the vehicle. Agent Garcia turned back northbound to intercept the vehicle and observed it continuing to travel north on Stewart Road at a very high rate of speed and momentarily lost contact with the vehicle. While attempting to catch up to the vehicle, Agent Garcia observed ahead a marked Border Patrol unit with its emergency lights on. USBP Agents Marcus Johnson and Nicolas Engen had arrived at the vehicle and secured the vehicle and the bundles. Agent Garcia observed the vehicle had crashed at the intersection of Stewart and Dicker Road, and spotted the driver running north from the accident scene. Agent Garcia drove towards the subject and apprehended him. The driver was later identified as Miguel LECHUGA. Inside the vehicle, agents discovered four large bundles in the backseat and six bundles in the trunk of the vehicle. LECHUGA was complaining of pain and was transported to the nearest hospital where he was medically cleared. LECHUGA, the vehicle, and the bundles weighing 112.36 kilograms were transported to the Weslaco Border Patrol Station.

On June 26, 2016, DEA Special Agents (SAs) Erik Lambel and Leonel Reyna responded to the USBP Weslaco Station to investigate this incident and were advised of the details regarding the case. SA Lambel read Miguel LECHUGA his Miranda Rights in his preferred language of English, as witnessed by SA Reyna. LECHUGA stated he understood his rights and was willing to answer some questions. LECHUGA stated he was offered $3,000 dollars to pick up the marijuana bundles near the river and drive the vehicle to a Walmart in Alamo. LECHUGA stated that he never handled the bundles, that there were other guys near the Rio Grande River loading the bundles into his vehicle. LECHUGA admitted to transporting the marijuana bundles because he was out of work and needed the money. All questioning was stopped when LECHUGA had no further information to provide.